UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY BROWN, | ) No. CV 13-00161-PA (VBK) |
| Plaintiff, | ) ORDER (1) ACCEPTING THE FINDINGS |
| | ) AND RECOMMENDATIONS OF THE UNITED |
| v. | ) STATES MAGISTRATE JUDGE, AND (2) |
| | ) DISMISSING THE FIRST AMENDED |
| COUNTY OF LOS ANGELES, et al., | ) COMPLAINT |
| Defendants. | ) |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, (2) revoking Plaintiff's In Forma Pauperis status; and (3) directing this action be

//
//
//
//
//

1 | dismissed without prejudice and that judgment be entered accordingly,
2 | unless Plaintiff pays the full statutory filing fee of $350.00 by the
3 | deadline to file Objections to the Amended Report and Recommendation.

DATED: July 12, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2